UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PARVIZ MOSSAED,<br><br>Defendant. | No. 5:13-cr-00375-EJD<br><br>**Order to Show Cause Why Sanctions Should Not Be Imposed** |

To: Robert J. Mulhern

You are ordered to appear IN PERSON on July 21, 2014 at 8:30 am before Magistrate Judge Paul S. Grewal, Courtroom #5, Fifth Floor, 280 S. First Street, San Jose, CA and show cause, if any, why you should not be sanctioned for your failure to appear on behalf of your client, defendant herein, on June 30, 2014 for his scheduled arraignment on the Superceding Indictment.

SO ORDERED.

Dated: 7/1/14

_____
Magistrate Judge Howard R. Lloyd